1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   Mail: 8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff, ANTONIO FERNANDEZ

7

8            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  ANTONIO FERNANDEZ, | Case No.: 2:20-CV-05833-RAO |
| 11       Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| 12       v. | |
| 13  PARAMETER CORPORATION, a California Corporation; JO-ANN STORES, LLC, an Ohio Limited Liability Company; and Does 1-10, | |
| 15       Defendants. | |

16

17       The plaintiff hereby notifies the court that a global settlement has been reached in

18  the above-captioned case and the parties would like to avoid any additional expense,

19  and to further the interests of judicial economy.

20       The plaintiff, therefore, applies to this Honorable Court to vacate all currently set

21  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all

22  parties will be filed within 60 days.

23  Dated: July 31, 2020            CENTER FOR DISABILITY ACCESS

24

25                          By: /s/ Amanda Seabock
                                Amanda Seabock
26                              Attorneys for Plaintiff

27

28

Notice of Settlement          -1-          2:20-CV-05833-RAO