UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARAMETER CORPORATION, a California Corporation;<br>JO-ANN STORES, LLC, an Ohio Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-CV-05833-RAO<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: July 31, 2020

_____
HONORABLE ROZELLA A. OLIVER
United States Magistrate Judge