CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ, | **Case:** 2:20-CV-05833-RAO |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| v. | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| PARAMETER CORPORATION, a California Corporation; JO-ANN STORES, LLC, an Ohio Limited Liability Company; and Does 1-10, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Antonio Fernandez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Parameter Corporation, a California Corporation and Jo-Ann Stores, LLC, an Ohio Limited Liability Company have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: September 15, 2020      CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock

Amanda Seabock
Attorneys for Plaintiff

1